# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: WITEK, BRIAN T. | § | Case No. 15-37095-ABG |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2015. The undersigned trustee was appointed on October 30, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          13,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 191.09 |
| Bank service fees | 222.79 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 12,586.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/21/2017 and the deadline for filing governmental claims was 04/27/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,050.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,050.00, for a total compensation of $2,050.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2019         By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-37095-ABG  
**Case Name:** WITEK, BRIAN T.

**Period Ending:** 04/16/19

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/10/15  
**Claims Bar Date:** 11/21/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence 1384 S. West Fork Drive, Imported from original petition Doc# 1 | 650,000.00 | 0.00 | | 0.00 | FA |
| 2  Vacation cabin, (debtor has a 1/3 interest in pr Imported from original petition Doc# 1 | 9,900.00 | 9,900.00 | | 8,000.00 | FA |
| 3  Chase Bank (checking) (frozen) Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |
| 4  American Chartered Bank - Money Market deposited Imported from original petition Doc# 1 | 197,000.00 | 0.00 | | 0.00 | FA |
| 5  4 bedroom house Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6  Wearing apparel 2 adults, 1 child Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  New York Life (term - cancelled) Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Midwest Medical Services, Inc. (55%) Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Brian Witek Management Services, Inc. (100%) Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Midwest Medical Services, Inc. (shareholder loan Imported from original petition Doc# 1 | 1,200,000.00 | 1,200,000.00 | | 0.00 | FA |
| 11  Tom Neeley - purchaser of 23 foot Cruiser boat Imported from original petition Doc# 1  (See Footnote) | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 12  Wage claim and vacation pay - Midwest Medical Se Imported from original petition Doc# 1 | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 13  2015 Ford Edge Imported from original petition Doc# 1 | 22,000.00 | 0.00 | | 0.00 | FA |
| 14  2010 GMC Yukon Denali Imported from original petition Doc# 1 | 15,000.00 | 4,560.00 | | 5,000.00 | FA |
| 15  2006 Ford Expedition Imported from original petition Doc# 1 | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 16  Personal computer | 200.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-37095-ABG  
**Case Name:** WITEK, BRIAN T.  
**Period Ending:** 04/16/19

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/10/15  
**Claims Bar Date:** 11/21/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|  Imported from original petition Doc# 1 | | | | | |
| 17  Washers, dryers, microwave, snow plow, generator  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 17  Assets   Totals (Excluding unknown values) | $2,118,360.00 | $1,235,920.00 | | $13,000.00 | $0.00 |

RE PROP# 11     Unable to locate buyer

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017.: tHE TRUSTEE HAS A THIRD INTEREST IN A PIECE OF PROPERTY THAT MAY OR MAY NOT HAVE ANY VALUE AND HAS COMMUNICATED WITH VARIOUS REAL ESTATE BROKERS IN wISCONSIN. cURRENTLY THE TRUSTEE IS DETERMINING WHETHER OR NOT THE PROPERTY SALABLE ANDhAD REACHED OUT TO THE CO-OWNERS BUT SO FAR IS UNABLE TO MAKE AN ARRANGEMENT. bECAUSE THE PROPERTY IS LOCATED IN AN AREA WHICH IS DIFFICULT TO SELL DURING WINTER MONTHS THE TRUSTEE PLANS TO LIST THIS PROPERTY IN THE NEAR FUTURE IN THE SPRING

0/1/17:  lISTING OF pROPERTY  
THE TRUSTEE OBTAINED TWO APPRAISALS ON A VERY RUN DOWN CABIN THAT THE DEBTOR OWNS ONE-THIRD . BOTH REALTORS  HAVE INDICATED THE PROPERTY WOULD BE HARD TO SELL. THE CO-OWNERS ARE ESTRANGED SIBLINGS OF THE DEBTOR AND HAVE NOW OFFERED   A REASONABLE AMOUNT FOR THE INTEREST.  A MOTION TO SELL THE TRUSTEE'S RIGHT TITLE AND INTEREST WILL BE PRESENTED TO THE COURT ON THE MAY 19,2017 LAKE COUNTY DATE.

Status January 2019  The Trustee was finally able to close on a property in Wisconsin and sold a final asset

The Trustee filed her final tax returns and recived the 505(b) determination

MAY 19, 2017:  MOTION TO SELL THE TRUSTEE'S RIGHT TITLE AND INTEREST

STATUS JANUARY 2018  :roperty is being closed in WN  The trrustee has to file income tax  returns which could not be done until   2018

Printed: 04/16/2019 12:31 PM    V.14.50

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-37095-ABG  
**Case Name:** WITEK, BRIAN T.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/10/15

**Period Ending:** 04/16/19  
**Claims Bar Date:** 11/21/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br><u>Abandoned</u><br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** September 30, 2019

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-37095-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | WITEK, BRIAN T. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3266 - Checking Account |
| Taxpayer ID #: | **-***4295 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/16/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/17 | {2} | Geraldine Cusack | Purchase of cointerest in real Estate | 1110-000 | 4,000.00 | | 4,000.00 |
| 08/18/17 | {2} | Richard Witek | SALE OF REAL ESTATE | 1110-000 | 4,000.00 | | 8,000.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,990.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.10 | 7,978.90 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.24 | 7,966.66 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.45 | 7,955.21 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,944.15 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.56 | 7,931.59 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.64 | 7,920.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.39 | 7,909.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.99 | 7,898.57 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 7,886.08 |
| 06/01/18 | {14} | Witek Witek Management Inc | Sale of personal property | 1129-000 | 5,000.00 | | 12,886.08 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.95 | 12,869.13 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.74 | 12,849.39 |
| 08/03/18 | 101 | ILLINOIS DEPARTMENT OF REVENUE | INCOME TAX | 2820-000 | | 95.00 | 12,754.39 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 12,735.39 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 9.76 | 12,725.63 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 12,714.13 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.44 | 12,703.69 |
| 12/20/18 | 102 | ILLINOIS DEPARTMENT OF REVENUE | Income Taxes | 2820-000 | | 96.09 | 12,607.60 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.09 | 12,597.51 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.39 | 12,586.12 |
| | | | ACCOUNT TOTALS | | 13,000.00 | 413.88 | $12,586.12 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,000.00 | 413.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,000.00 | $413.88 | |

{} Asset reference(s)

Printed: 04/16/2019 12:31 PM V.14.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-37095-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** WITEK, BRIAN T. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3266 - Checking Account |
| **Taxpayer ID #:** **-***4295 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/16/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **TOTAL - ALL ACCOUNTS** | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ******3266** | | 13,000.00 | 413.88 | 12,586.12 |
| | | | | | $13,000.00 | $413.88 | $12,586.12 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 21, 2017

**Case Number:** 15-37095-ABG  
**Debtor Name:** WITEK, BRIAN T.

Page: 1

**Date:** April 16, 2019  
**Time:** 12:31:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,050.00 | $0.00 | 2,050.00 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $750.00 | $0.00 | 750.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,495.00 | $0.00 | 5,495.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $174.92 | $0.00 | 174.92 |
| 2P 570 | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Priority | History: Details2-108/24/2017Claim #2 filed by Internal Revenue Service, Amount claimed: $111482.91 (Hayes, Bruce )<br>------------------------------------------------------------------------------\* \* \* | $104,062.48 | $0.00 | 104,062.48 |
| 8P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Priority | History: Details8-111/07/2017Claim #8 filed by Illinois Department of Revenue, Amount claimed: $7921.08 (ADI, EPoc )<br>------------------------------------------------------------------------------\* \* \* | $7,211.48 | $0.00 | 7,211.48 |
| 1 610 | American Chartered Bank<br>Richard C. Perna/ Scott A. Nehls Fuchs &<br>440 W. Randolph St Suite 500<br>Chicago, IL 60606 | Unsecured | ) | $715,465.84 | $0.00 | 715,465.84 |
| 2U 610 | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Unsecured | History: Details2-108/24/2017Claim #2 filed by Internal Revenue Service, Amount claimed: $111482.91 (Hayes, Bruce )<br>------------------------------------------------------------------------------\* \* \* | $7,420.43 | $0.00 | 7,420.43 |
| 3 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details3-109/12/2017Claim #3 filed by Discover Bank, Amount claimed: $15548.87 (Dingus, Mandy )<br>------------------------------------------------------------------------------\* \* \* | $15,548.87 | $0.00 | 15,548.87 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 21, 2017

**Case Number:** 15-37095-ABG  
**Debtor Name:** WITEK, BRIAN T.

Page: 2

**Date:** April 16, 2019  
**Time:** 12:31:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4<br>610 | FirstCare Health Services, LLC<br>c/o Steven Titner<br>1700 N. Farnsworth Ave.<br>Aurora, IL 60505 | Unsecured | History: Details4-109/20/2017Claim #4 filed by FirstCare Health Services, LLC, Amount claimed: $82432.81 (Patterson, Carlos )<br>-----------------------------------------------------------------------------*** | $82,432.81 | $0.00 | 82,432.81 |
| 5<br>610 | Jerry Smalec<br>813 Indiana Lane<br>Elk Grove Village, IL 60007 | Unsecured | History: Details5-109/28/2017Claim #5 filed by Jerry Smalec, Amount claimed: $17900.00 (Batson, Nicole )<br>-----------------------------------------------------------------------------*** | $17,900.00 | $0.00 | 17,900.00 |
| 6<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details6-110/12/2017Claim #6 filed by American Express Centurion Bank, Amount claimed: $1952.53 (Deegan, Greg )<br>-----------------------------------------------------------------------------*** | $1,952.53 | $0.00 | 1,952.53 |
| 7<br>610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details7-110/16/2017Claim #7 filed by American Express Bank, FSB, Amount claimed: $9760.20 (Deegan, Greg )<br>-----------------------------------------------------------------------------*** | $9,760.20 | $0.00 | 9,760.20 |
| 8U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Unsecured | History: Details8-111/07/2017Claim #8 filed by Illinois Department of Revenue, Amount claimed: $7921.08 (ADI, EPoc )<br>-----------------------------------------------------------------------------*** | $709.60 | $0.00 | 709.60 |
| 9<br>610 | Frank Martin<br>Righeimer Martin & Cinquino Pc<br>20 N. Clark St., # 1900<br>Chicago, IL 60602 | Unsecured | History: Details9-111/15/2017Claim #9 filed by Frank Martin, Amount claimed: $12232.50 (ADI, EPoc )<br>-----------------------------------------------------------------------------*** | $12,232.50 | $0.00 | 12,232.50 |
| 10<br>610 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details10-111/20/2017Claim #10 filed by Cerastes, LLC, Amount claimed: $2293.70 (Gray, Devon )<br>-----------------------------------------------------------------------------*** | $2,293.70 | $0.00 | 2,293.70 |
| 11<br>610 | Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details11-111/21/2017Claim #11 filed by Prosper Marketplace Inc., Amount claimed: $8929.76 (Gray, Devon )<br>-----------------------------------------------------------------------------*** | $8,929.76 | $0.00 | 8,929.76 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 21, 2017

**Case Number:** 15-37095-ABG  
**Debtor Name:** WITEK, BRIAN T.

Page: 3

**Date:** April 16, 2019  
**Time:** 12:31:11 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 994,390.12 | 0.00 | 994,390.12 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-37095-ABG
Case Name: WITEK, BRIAN T.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 12,586.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,586.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,050.00 | 0.00 | 2,050.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,495.00 | 0.00 | 5,495.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 174.92 | 0.00 | 174.92 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 750.00 | 0.00 | 750.00 |

Total to be paid for chapter 7 administration expenses: $ 8,469.92
Remaining balance: $ 4,116.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,116.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $111,273.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 104,062.48 | 0.00 | 3,849.44 |
| 8P | Illinois Department of Revenue | 7,211.48 | 0.00 | 266.76 |

Total to be paid for priority claims:  $     4,116.20
Remaining balance:  $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 874,646.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Chartered Bank | 715,465.84 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 7,420.43 | 0.00 | 0.00 |
| 3 | Discover Bank | 15,548.87 | 0.00 | 0.00 |
| 4 | FirstCare Health Services, LLC | 82,432.81 | 0.00 | 0.00 |
| 5 | Jerry Smalec | 17,900.00 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 1,952.53 | 0.00 | 0.00 |
| 7 | American Express Bank, FSB | 9,760.20 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 709.60 | 0.00 | 0.00 |
| 9 | Frank Martin | 12,232.50 | 0.00 | 0.00 |
| 10 | Cerastes, LLC | 2,293.70 | 0.00 | 0.00 |
| 11 | Prosper Marketplace Inc. | 8,929.76 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**