UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
 )
**WITEK, BRIAN T.** ) Bankruptcy Case No. 15-37095 ABG
 ) Chapter 7
 )
Debtor(s). )

**CERTIFICATE OF SERVICE**

The undersigned certifies that on _April 22, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

WITEK, BRIAN T.
1384 S. WEST FORK DRIVE
LAKE FOREST, IL 60045


,

PBG Financial Services Inc
666 Dunde Road
Suite 401
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128

        Northbrook, IL 60062

| | |
|---|---|
| 1 | American Chartered Bank<br>Richard C. Perna/ Scott A. Nehls Fuchs &<br>440 W. Randolph St Suite 500<br>Chicago, IL 60606 |
| 2P | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 |
| 2U | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 |
| 3 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| 4 | FirstCare Health Services, LLC<br>c/o Steven Titner<br>1700 N. Farnsworth Ave.<br>Aurora, IL 60505 |
| 5 | Jerry Smalec<br>813 Indiana Lane<br>Elk Grove Village, IL 60007 |
| 6 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 7 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 8P | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035 |

|    |    |
|----|----|
|    | Springfield, IL 62794-9035 |
| 8U | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| 9  | Frank Martin<br>Righeimer Martin & Cinquino Pc<br>20 N. Clark St., # 1900<br>Chicago, IL 60602 |
| 10 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |
| 11 | Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402